# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/30/2018

300 North LaSalle
Chicago, IL 60654
United States

Richard C. Godfrey, P.C.
To Call Writer Directly:
+1 312 862 2391
richard.godfrey@kirkland.com

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

August 28, 2018

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

>    Re:   *In re Gen. Motors LLC Ignition Switch Litig.*, 14-MD-2543
>          *This Document Relates to All Actions*

Dear Judge Furman:

Pursuant to Order No. 154 Section V (Docket No. 5976), New GM writes to update the Court regarding the status of plaintiffs that were subject to New GM's January 31, 2018 Motion to Dismiss 319 Claims Under Federal Rule of Civil Procedure 12(b)(6) (Docket Nos. 4996, 4997).

New GM's Motion currently is moot as to 252 plaintiffs, including:

(i)    41 who filed amended complaints;
(ii)   192 whose claims were dismissed (either voluntarily or by Court order);
(iii)  3 for whom New GM agreed to withdraw the motion; and
(iv)   16 whose claims have settled.

Four charts identifying Plaintiffs and their case numbers for each of the above categories are included within the attached **Exhibit A**.

The motion is likely to become moot as to the remaining 67 of the original 319 as their counsel have moved to withdraw and they are, or shortly will be, subject to procedures consistent with Order No. 137 (Docket No. 4840). A list of these 68 is attached as **Exhibit B**. To the extent these plaintiffs comply with the Order No. 137 procedures and pursue their claims, New GM reserves the right to move to dismiss their claims at that time.

# KIRKLAND & ELLIS LLP

The Honorable Jesse M. Furman
August 28, 2018
Page 2

                                                Respectfully submitted,

                                                /s/ Richard C. Godfrey, P.C.
                                                /s/ Andrew B. Bloomer, P.C.

                                                *Counsel for Defendant General Motors LLC*

cc:     MDL Counsel of Record

The Clerk of Court is directed to terminate 14-MD-2543, Docket No. 4996 and all open associated motions in member cases --- a list of which is attached to this endorsed letter.  Such termination is without prejudice to New GM renewing the motions with respect to the 67 Plaintiffs listed in Exhibit B, if appropriate, after the Order No. 137 procedures have run their course.

                                                SO ORDERED.

                                                [signature]

                                                August 29, 2018

# List of Open Motions to Dismiss 319 Claims
# Under Federal Rule of Civil Procedure 12(b)(6)

| | | |
|---|---|---|
| p | 1:14-cv-05810-JMF Abney et al v. General Motors, LLC | 552 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:14-cv-08176-JMF Fleck et al v. General Motors, L.L.C. | 762 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:14-cv-10023-JMF Hayes et al v. General Motors, LLC | 234 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:15-cv-00186-JMF Adams et al v. General Motors, LLC | 171 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:15-cv-00550-JMF Bersano et al v. General Motors LLC | 185 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:15-cv-01354-JMF Bendermon et al v. General Motors, LLC | 180 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:15-cv-02089-JMF Patterson v. General Motors, LLC | 179 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:15-cv-02844-JMF Morgan v. General Motors, LLC | 168 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |

| | | |
|---|---|---|
| p | [1:15-cv-04142-JMF](#) Altebaumer et al v. General Motors, LLC | [175](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:15-cv-04385-JMF](#) Uglow v. General Motors, LLC | [137](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:15-cv-06578-JMF](#) Blood v. General Motors LLC | [150](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:15-cv-07445-JMF](#) Campbell et al v. General Motors LLC | [110](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:16-cv-00924-JMF](#) Abram et al v. General Motors LLC | [94](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:16-cv-00925-JMF](#) Adesanya, et al v. General Motors, LLC | [101](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:16-cv-01173-JMF](#) Doyle et al v. General Motors, LLC | [81](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:16-cv-02315-JMF](#) Staton et al v. General Motors LLC | [82](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | [1:16-cv-02391-JMF](#) Lakhani et al v. | [83](#) MOTION to Dismiss *319 Claims Under Federal Rule of* |

| | | |
|---|---|---|
| | | General Motors, LLC | *Civil Procedure 12(B)(6).* |
| p | 1:16-cv-02919-JMF Mistrot et al v. General Motors, LLC | [84](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |
| p | 1:16-cv-03768-JMF Buckley et al v. General Motors, LLC | [74](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |
| p | 1:16-cv-04688-JMF Coleman et al v. General Motors LLC. | [67](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |
| p | 1:16-cv-07420-JMF Brown et al v. General Motors, LLC | [55](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |
| p | 1:16-cv-08683-JMF Smith et al v. General Motors LLC | [54](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |
| p | 1:16-cv-09518-JMF Alexander et al v. General Motors, LLC | [49](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |
| p | 1:16-cv-10041-JMF Vega et al v. General Motors, LLC | [48](#) MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6).* |

| | Case | Motion |
|---|---|---|
| p | 1:17-cv-00482-JMF Castillo et al v. General Motors, LLC | 51 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-01511-JMF Freeman et al v. General Motors LLC | 44 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-02610-JMF Stewart et al v. General Motors LLC | 42 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-02686-JMF Zapata et al v. General Motors, LLC | 42 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-06273-JMF Snodgrass et al v. General Motors, LLC | 35 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-06338-JMF Fuentes et al v. General Motors, LLC | 39 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-07441-JMF Allen et al v. General Motors, LLC | 32 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |
| p | 1:17-cv-08068-JMF Eidsmoe et al v. General Motors, LLC | 13 MOTION to Dismiss *319 Claims Under Federal Rule of Civil Procedure 12(B)(6)*. |